*February 4, 1941.*

HILTGEN, Appellant, vs. PFEIFER and others, Respondents.

For the appellant: *Evan C. Schwemer,* attorney, and *William E. Burke* of counsel, both of Milwaukee.

For the respondents: *Shaw, Muskat & Paulsen* of Milwaukee.

*By the Court.*—Judgment affirmed.